UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASSIEL JAIME ARAGON PLIEGO, | No.  1:26-cv-01382-DJC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, GOLDEN STATE ANNEX ICE DETENTION FACILITY, | |
| Respondent. | |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents have filed objections to the findings and recommendations. Petitioner objects to the recommended remedy.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2026 are adopted in full.

2. Petitioner's motion for immediate release (ECF No. 12) is DENIED.

3. The petition for writ of habeas corpus is GRANTED.

4. Within fourteen (14) days of this Order, Respondents shall afford Petitioner a constitutionally adequate bond hearing before an Immigration Judge.  The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or risk of flight, and Petitioner shall be allowed to have counsel present.  *Martinez v. Clark*, 124 F.4th 775, 785 (9th Cir. 2024); *Pablo Sequen v. Albarran*, 806 F. Supp. 3d 1069, 1092 (N.D. Cal. 2025). If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

5. The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:    **May 4, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2